

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20cr-60017-Singhal/Snow

21 U.S.C. § 846
21 U.S.C. § 853

**UNITED STATES OF AMERICA**

vs.

**SERGIO LEAL,**

    **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

On or about September 19, 2019, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**SERGIO LEAL,**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

The controlled substance involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing five (5) kilograms or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **SERGIO LEAL**, has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 846, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property that was used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

3. The property subject to forfeiture as a result of the alleged offense includes, but is not limited to, two hundred fifty thousand, four hundred seventy-five dollars ($250,475) in United States currency.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____ for
ROBERT JUMAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SERGIO LEAL

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
- __ Miami
- ✓ FTL
- __ Key West
- __ WPB
- __ FTP

New defendant(s)       Yes ____   No ____
Number of new defendants  ____
Total number of counts    ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect   _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days      ✓
   II   6 to 10 days     ____
   III  11 to 20 days    ____
   IV   21 to 60 days    ____
   V    61 days and over ____

   (Check only one)
   Petty    ____
   Minor    ____
   Misdem.  ____
   Felony   ✓

6. Has this case previously been filed in this District Court?  (Yes or No)  No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No ✓

/s/ ROBERT JUMAN
ROBERT JUMAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court A5502228

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: SERGIO LEAL         **Case No**: _____

Count: 1

Conspiracy to Possess with Intent to Distribute a Controlled Substance

21 U.S.C. § 846; § 841(b)(1)(A)

**\* Max. Penalty:** Minimum of 10 years' imprisonment, maximum of life imprisonment; a term of supervised release of at least 5 years' and up to a maximum term of life; $10,000,000 fine.

Count:

\*Max. Penalty:

Count:

\*Max. Penalty:

Count:

\*Max. Penalty:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.